

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00186-CV

JAMES ELDON WHITMAN, APPELLANT

V.

JOHN DREW AND AMY DREW, APPELLEES

On Appeal from the 46th District Court
Foard County, Texas
Trial Court No. 4789, Honorable Dan Mike Bird, Presiding

May 13, 2015

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On May 6, 2015, appellant, James Eldon Whitman, filed a motion to dismiss his appeal that complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1). No decision of this Court having been delivered to date and without passing on the merits of the appeal, we grant the motion and dismiss appellant's appeal. *See* TEX. R. APP. P. 42.1(a)(1). While appellant requests that costs be assessed against the party incurring them, there is no indication in the motion that such an arrangement has been agreed to by the parties. As such, costs will be taxed against appellant. *See* TEX.

R. APP. P. 42.1(d). If dismissal will prevent appellees from seeking relief to which they would otherwise be entitled, the Court directs appellees to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.


Mackey K. Hancock
Justice